IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARCELLO CORTI, | | |
| Plaintiff, | | Case No.: 1:24-cv-07008 |
| v. | | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | | Magistrate Judge Heather K. McShain |
| Defendants. | | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 174 | DingAnMaiFei |
| 198 | Sulgyt |
| 138 | Jyeity Up to 50 percent off |
| 139 | Kiplyki |
| 140 | IROINNID |
| 141 | KBKYBUYZ |
| 142 | Fesfesfes |
| 144 | SSAAVKUY |
| 145 | NaRHbrg |
| 146 | MRGIINRI Clothing Clearance |
| 147 | Amtdh |
| 148 | GiliGiliiso |
| 149 | CZHJS |
| 196 | Yingyi |
| 200 | Japceit |
| 203 | TOPUUTP |
| 204 | ZJWJJ Clearance Sale |
| 205 | shenzhenshinanchengdi |
| 206 | Cmunyle |
| 207 | GMGM Co.Ltd |

| | |
|---|---|
| 150 | Zynic |
| 151 | RGQmaoyi |
| 152 | BPPMJUHGSA |
| 153 | Ongmies |
| 154 | HuiRuMao Co.Ltd |
| 155 | Wdminyy |
| 156 | Hanzidakd Clothing |
| 157 | duohahaa |
| 158 | HeZeFengGangWang |
| 159 | GBAYXJ HOME |
| 160 | Beppter Learning |
| 161 | ynyDZSW |
| 162 | Hxoliqit |
| 163 | ZBBMUYHGSA |
| 164 | Elbeaqi |
| 165 | JiangQiang Co., LTD |
| 166 | HHTWRSFD |
| 167 | SYCMKUH |
| 168 | Gheawn |
| 169 | WUXUANFU |
| 170 | HYanGa |
| 176 | TJJMKIJSHUGDS |
| 52 | Chanyuan |
| 12 | baskuwish |
| 13 | Muscularlit US |
| 14 | Zeiyignr |
| 22 | Downlo-Fast Delivery |
| 23 | LMSXCT |
| 24 | JOAU |
| 26 | Mzkdieey Fashion Online 7-14 Days Delivery |
| 27 | QinQ-US（✈7-14 days delivery） |
| 28 | QUNPIU |
| 29 | CHGBMOK |
| 30 | 4ZHUZI |
| 31 | TIFZHADIAO |
| 32 | Zkuisw |
| 33 | Potrochi Today's Deals |
| 34 | gossip lady fashion |
| 35 | JWZUY-Women US Clothing |
| 36 | *Save 50% Lightning Deals of Today * GOPEO-US |
| 37 | Anruioo |
| 41 | DIANGJ |
| 42 | Feancey-stroe |
| 43 | ouiN8 XFR |

| | |
|---|---|
| 44 | Vifucz Dress Store |
| 45 | huangqiushipin(7-14 days shipping) |

DATED:  September 15, 2024  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 15, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

               */s/ Keith A. Vogt*
               Keith A. Vogt