IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARCELLO CORTI,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-07008

Judge Jorge L. Alonso

Magistrate Judge Heather K. McShain

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 5 | HHmei 🎉 🎄 |
| 16 | QuanyPoster |
| 103 | LiuFJJMY |
| 105 | HEFENGXIANMENGLEISHANGMAOYOUXIANGONGSI |
| 110 | HefengxianZhongshaShangmaoYouxianGongsi |
| 51 | TUNKENCE（7-14 days delivery） |
| 55 | Octtong |
| 57 | DAWNKING |
| 60 | JingLanDianQi(7-20 Days Delivery) |
| 61 | Ohdfe Today's Deals 7-14 Days Delivery |

| | |
|---|---|
| 62 | JOOEHLY |
| 111 | SmartHome Flagship Store |
| 177 | QJUHUNG Co. Ltd |
| 178 | Haoan Intl Co. Ltd |

DATED:  October 14, 2024   Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 14, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                               */s/ Keith A. Vogt*
                                               Keith A. Vogt